Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:

TYLER JOHN TEW

Miscellaneous No.   24-29   (TSC)

Category   O

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 2/28/2024 from Judge John D. Bates to Judge Tanya S. Chutkan by direction of the Calendar Committee.

(Case Related)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc: Judge John D. Bates & Courtroom Deputy
Judge Tanya S. Chutkan & Courtroom Deputy
Liaison, Calendar and Case Management Committee